

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-26-2010

# C.H. v. Cape Henlopen Sch

Precedential or Non-Precedential: Precedential

Docket No. 08-3630

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"C.H. v. Cape Henlopen Sch" (2010). *2010 Decisions.* Paper 1234.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1234

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 08-3630

———

C.H., by and through his parents and
next friends, Timothy and Barbara Hayes

v.

CAPE HENLOPEN SCHOOL DISTRICT;
GEORGE E. STONE, Superintendent of Schools
Cape Henlopen School District;
DELAWARE DEPARTMENT OF EDUCATION;
VALERIE A. WOODRUFF, Secretary,
Delaware Department of Education

C.H. Hayes; Barbara Hayes,

Appellants

———

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1-07-cv-00193)
District Judge:  Honorable Mary Pat Thynge

———

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 12, 2010

Before:  FISHER, HARDIMAN and COWEN, *Circuit Judges*.

———

**<u>ORDER AMENDING OPINION</u>**

IT IS HEREBY ORDERED that the opinion in the above case, filed May 25, 2010, be amended as follows:

Page 26, the last sentence of the first full paragraph, which read:

> Accordingly, we also will also affirm the denial of the Parents' request for tuition reimbursement on equitable grounds.

shall read:

> Accordingly, we will also affirm the denial of the Parents' request for tuition reimbursement on equitable grounds.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: 26 May 2010

2